COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:        Gonzalo Sosa v. Julio Garcia

Appellate case number:     01-13-01033-CV

Trial court case number:    1036389

Trial court:                County Civil Court No. 1 of Harris County

On May 8, 2014, we dismissed this appeal for want of prosecution after appellant did not respond to the Court's notice that this appeal was subject to dismissal for failure to timely file a brief.  On May 20, 2014, appellant, Gonzalo Sosa, filed this motion for rehearing, along with his appellate brief and second motion to extend time to file brief, requesting that we accept the filing of his attached brief.  Appellant's counsel explains that he failed to timely file his brief by March 27, 2014, because his office had a complete crash of his computerized system that required an overhaul of his system and his office was relocated within the building, resulting in a loss of calendaring and a substantial part of his research.  Appellee, Julio Garza, opposes both motions because appellant is essentially seeking reinstatement of his appeal that was dismissed, not a rehearing.  We construe the appellant's motion as one to reinstate the appeal, grant it, and withdraw this Court's May 8, 2014 Memorandum Opinion and Judgment.

If an appellant fails to timely file a brief, we may dismiss the appeal for want of prosecution unless the appellant reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief.  TEX. R. APP. P. 38.8(a)(1).  However, the Texas Supreme Court has "instructed the courts of appeals to construe the Rules of Appellate Procedure reasonably, yet liberally, so that the right to appeal is not lost by imposing requirements not absolutely necessary to effect the purpose of a rule." *Verburgt v. Dorner*, 959 S.W.2d 615, 616-17 (Tex. 1997).  Thus, appellant's counsel's explanation is reasonable because it was neither deliberate nor intentional noncompliance.  *See* TEX. R. APP. P. 38.8(a)(1)*; Hone v. Hanafin*, 104 S.W.3d 884, 887 (Tex. 2003) (per curiam).  Furthermore, the appellee is not significantly injured because

appellant timely filed his motion for rehearing while attaching his brief. *See* TEX. R. APP. P. 38.8(a)(1), 49.1.

Accordingly, we grant the appellant's motion for rehearing construed as a motion to reinstate the appeal, reinstate the appeal, withdraw this Court's May 8, 2014 Memorandum Opinion and Judgment, and direct the Clerk of this Court to accept appellant's brief for filing. *See* TEX. R. APP. P. 49.3. Appellee's brief, if any, must be filed within 30 days from the date of this order. *See id.*; TEX. R. APP. P. 2, 38.6(b). We dismiss all other pending motions as moot.

It is so ORDERED.


Judge's signature:/s/ Evelyn V. Keyes
       ☒ Acting for the Court

Panel consists of: Justices Keyes, Bland, and Brown

Date: August 19, 2014